IN THE SUPERIOR COURT OF GUAM

THE PEOPLE OF GUAM, )
                  )    CRIMINAL CASE NO. CF0815-24
         Plaintiff, )
                  )
       vs. )   DECISION AND ORDER:
                  )   DEFENDANT'S MOTION TO RELEASE
TRAVES ANTES, )   DEFENDANT ON PERSONAL
                  )   RECOGNIZANCE
         Defendant. )
_____ )

This matter came before MAGISTRATE JUDGE SEAN E. BROWN on February 21, 2025 on a hearing to address Defendant's Motion to Release Defendant on Personal Recognizance. Attorney Jocelyn Roden represented Defendant. Assistant Attorney General Monty May represented the People of Guam. The Court ruled from the bench denying the motion but lowered the required cash bail amount. After having heard the Parties' arguments, considering the Parties' pleadings and the record, the Court now issues the following written Decision and Order documenting the ruling.

## DISCUSSION

### I.     Courts Considerations

The Court considered a request by the Defense for any form of release outside of incarceration.

The Court looks to statutory guidance provided under 8 GCA §§ 40.15 and 40.20 when deciding the issue of release conditions. In consideration of the request, the Court learned that the Defendant is still being held in other criminal matters and Defendant does not have a stable residential location. The Court also learned that Defendant had active bench warrants issued in other recent criminal cases as well as failures to appear at scheduled court hearings.

As a result, the Court will not Grant Defendant's release at this time. At the hearing, the Court indicated that Electronic Monitoring, if approved by probation, would be appropriate for

Defendant's release. The Court would also consider Third Party Custodian (TPC) based release The Court also reduced the amount of cash bail required to $500. Defendant shall continue to have no form of contact with the Victim(s).

## CONCLUSION

The Court, therefore, DENIES Defendant's Motion.

So ORDERED this 25th day of February, 2025.

_____
HONORABLE SEAN E. BROWN
MAGISTRATE JUDGE, SUPERIOR COURT OF GUAM

**SERVICE VIA EMAIL**
I acknowledge that an electronic
copy of the original was e-mailed to:

___AG, POSC___

Date: 2/26/25 Time: 1:35p

Antonio (signature)
Deputy Clerk, Superior Court of Guam